[No. 16268-7-II.    Division Two.    May 12, 1995.]

JOHN R. ERICKS, *Appellant*, v. RALPH LARSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-2-01219-5, David E. Foscue, J., entered June 22, 1992. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 16807-3-II.    Division Two.    May 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04434-5, Nile E. Aubrey, J., entered January 13, 1995. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 17237-2-II.    Division Two.    May 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDER E. BERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00726-4, Leonard W. Kruse, J., entered June 16, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.